UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-20513-CR-ROSENBERG/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDWARD JEROME ALEXANDER,

    Defendant.
_____/

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION [D.E. 35]

**THIS CAUSE comes** before the Court upon the Report and Recommendation on Defendant's Motion to Suppress Physical Evidence and Statement (D.E. 15) and the Government's Response (D.E. 19). This matter was referred to the Honorable James M. Hopkins, United States Magistrate Judge, Southern District of Florida. On September 10, 2014, Judge Hopkins issued the Report and Recommendation, in which he recommended that this Court **DENIED** Defendant's Motion to Suppress Physical Evidence and Statement (D.E. 15). Defendant timely filed its objection to the Report and Recommendation (D.E. 25). After conducting an independent *de novo* review of the entire file and the record herein, it is hereby

**ORDERED AND ADJUDGED** that;

1.    United States Magistrate Judge Hopkins' Report and Recommendation (DE 22) is **APPROVED and ADOPTED** as to the recommendation that Defendant's Motion to Suppress Physical Evidence and Statement be denied.

2. Defendant's Motion to Suppress Physical Evidence and Statement (D.E. 15) is **DENIED.**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 30th day of Septembert, 2014.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

cc: counsel of record
Magistrate Judge James M. Hopkins